Jennifer A. Jackson (SBN 192998)
David Harford (SBN 270696)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: jjackson@bryancave.com
         david.harford@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY PAVLIDES, SOCORRO PAVLIDES, Individually and as Representatives of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., and DOES 1 through 10, inclusive<br><br>Defendants. | Case No: 8:15-cv-00437-DOC (RNBx)<br><br>Hon. David O. Carter<br><br>[PROPOSED] JUDGMENT<br><br><br>Complaint Filed: March 18, 2015<br>Trial Date: Not Set |

1

SM1123902

[PROPOSED] JUDGMENT

1  The Court, having granted Defendant Bank of America, N.A.'s Motion to
2  Dismiss the First Amended Complaint of Plaintiffs Zachary and Socorro Pavlides in
3  its entirety with prejudice on November 24, 2015 (DKT. No. 35), and good cause
4  appearing therefor,

5  HEREBY ORDERS, ADJUDGES, AND DECREES:

6  1. The First Amended Complaint of Zachary and Socorro Pavlides ("Plaintiffs") is dismissed in its entirety with prejudice;
7  2. The Court enters a JUDGMENT OF DISMISSAL in favor of Bank of America, N.A. and against Plaintiffs;
8  3. Plaintiffs shall recover nothing from Bank of America, N.A.; and
9  4. Bank of America, N.A. shall recover its costs of suit.

IT IS SO ORDERED.

Dated: December 3, 2015

*David O. Carter*
Honorable David O. Carter
United States District Judge

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1
[PROPOSED] JUDGMENT
XXXXXX

SM1123903